**Motion to Reinstate Granted; Motion to Dismiss Denied; Order filed December 11, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00710-CV

_____

### NATHANIEL SHELTON AND MARCIA SHELTON, Appellants

### V.

### ALFRED KALBOW, AS TRUSTEE OF ALFRED MARTIAL TRUST, ET AL, Appellees

**On Appeal from the 335th District Court**
**Washington County, Texas**
**Trial Court Cause No. 35589**

## ORDER

This is an appeal from a judgment signed July 29, 2014. Appellee Alfred Kalbow, trustee of the Alfred Kalbow Marital Trust, filed a motion to dismiss for want of jurisdiction. On October 23, 2014, this court abated the appeal and remanded to the trial court for clarification of whether the partial summary judgment became final when the severance order was signed. On November 7,

2014, the trial court signed an amended judgment in which the court specifically found the judgment is not final because the attorney's fees claims have not been adjudicated. *See McNally v. Guevara*, 52 S.W.3d 195, 196 (Tex. 2001) (judgment that did not dispose of attorney's fees was not an appealable judgment).

On November 21, 2014, the trial court signed a final judgment disposing of attorney's fees. Appellants filed a motion to reinstate the appeal because a final judgment has now been signed. The motion is granted, and the appeal is reinstated. Appellee's motion to dismiss is denied. Appellant's brief is due on or before **January 12, 2015**.

PER CURIAM